

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2023

No. 04-21-00360-CR

Kevin Jason **GONZALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR0029
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

The reporter's record was filed on November 2, 2021. The master index notes that the reporter's record consists of four volumes, the fourth volume containing the trial exhibits. The reporter's record on file does not contain the fourth volume. Therefore, the court reporter is hereby **ORDERED** to file a supplemental reporter's record, **no later than January 23, 2023**, that contains volume four and includes all of the trial exhibits. *See* TEX. R. APP. P. 34.6(d).

It is so **ORDERED** on January 11, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT